

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,**
Appellant

v.

Peter **REININGER,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

   The Appellant's Second Unopposed Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to February 13, 2020.

_____
Liza A. Rodriguez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court